UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| LUCAS CALIXTO, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Civil Action No. 18-1551 (PLF) |
| | ) | |
| UNITED STATES DEPARTMENT | ) | |
| OF THE ARMY, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

ORDER

For the reasons stated in the Opinion issued this same day, it is hereby

ORDERED that plaintiffs' Motion [Dkt. No. 179] for Leave to File Third

Amended Complaint is GRANTED; and it is

FURTHER ORDERED that plaintiffs shall file their third amended complaint on

or before June 11, 2021.

SO ORDERED.

/s/
PAUL L. FRIEDMAN
United States District Judge

DATE: June 3, 2021